**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Carlson Wagonlit,**

**Plaintiffs,**

**v.**

**P. Lawson Travel,**
**and Invensys PLC,**

**Defendants.**

**Civil No. 01-2337 JRT/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: December 21, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

DEC 21 2001
FILED
Richard D. Sletten, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ____

Carlson Wagonlit

vs. 01-2337JRT/JMM

P. Lawson Travel, et al

The above-entitled matter has been referred to Magistrate Judge John M. Mason pursuant to an Order of Recusal signed by Magistrate Judge Susan R. Nelson. Please note the change in the magistrate judge's initials above and refer to them when submitting documents to the court for filing.