UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CARLSON WAGONLIT TRAVEL, INC.
and P. LAWSON TRAVEL,

CIVIL NO. 01-2337 (JRT/JMM)

Plaintiffs,

v.

ORDER

INVENSYS PLC,

Defendant.

The above matter came on before the undersigned upon Defendant Invensys Plc's Motion for an Extension of Time to answer or otherwise respond to the Complaint.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant Invensys Plc's Motion for an Extension of Time to answer or otherwise respond to the Complaint is granted as follows:

1. Defendant waives objection to service of the Summons and Complaint.

2. Defendant shall serve an Answer or other response to the Complaint no later than March 25, 2002. See Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure.

3. In the period between the date of this Order and the time Defendant's Answer or other response is due, the Parties are encouraged to exchange information and participate in good-faith settlement negotiations.

Dated: January 24, 2002

JOHN M. MASON
United States Magistrate Judge

FILED JAN 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______