# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
## St. Paul, Minnesota

Civil Case No.: **0:01-CV-2337 JRT/JMM**

Carlson Wagonlit Tr, et al.

v

Invensys PLC

**IN RE:** **Notice of Reassignment of Magistrate Judge**
**NEW: 0:01-CV-2337 JRT/FLN**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above-entitled case to **U S District Court Magistrate Judge Franklin L. Noel** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this assignment, please direct your inquiries to **Cathy Orlando at 612 664 5110.**

DATE: **June 19, 2002**

Richard D. Sletten

**Richard D. Sletten, Clerk**

7

FILED June 19, 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ____________