UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Carlson Wagonlit Travel, Inc.,
and P. Lawson Travel,

Plaintiffs,

v.

Invensys PLC,

Defendant.

Civil No. 01-2337 JRT/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All discovery shall be commenced in time to be completed by February 1, 2003.

   b. All pre-discovery disclosures required by Rule 26(a)(1) have been completed.

   c. No more than 25 interrogatories, including all discrete subparts, shall be served by any party.

   d. No more than 5 Requests for Admission shall be served by any party.

   e. No more than 20 Document Requests shall be served by any party.

   f. No more than 8 depositions shall be taken by any party.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

g. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by February 1, 2003. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By Plaintiff(s) on or before October 1, 2002.

2) By Defendant(s) on or before November 1, 2002.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By Plaintiff(s) on or before November 1, 2002.

2) By Defendant(s) on or before December 1, 2002.

c. Each party may depose no more than one expert witness on or before February 1, 2003.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed prior to April 1, 2003.

b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason, (612-664-5083), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be filed and served in compliance with Local Rule 7.1. See particularly

Local Rule 7.1(b).

4. Trial

a. This case shall be ready for trial no later than May 1, 2003 , at which time it will be placed on the court's jury trial calendar.

DATED: Aug 5, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge