UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Carlson Wagonlit Travel, Inc., et al., Civil No. 01-2337 (JRT/FLN)

Plaintiffs,

v. **ORDER**

Invensys PLC,

Defendant.

---

Scott Strand for Plaintiffs.
Todd Wind for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on February 10, 2003, on Plaintiff's Motion to Compel Production of Documents and Deposition Testimony [#18]; and Plaintiff's Motion to Compel Deposition of Cyndi Perper [#22] .

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Plaintiff's Motions [#18 & 22] are **GRANTED in part** and **DENIED in part** as follows:

1. Insofar as the Motion seeks to compel the Defendant to produce its 30(b)(6) witness in Minneapolis, the Motion is **DENIED**. The deposition will take place in London where the Defendant is located;

2. Insofar as the Motion seeks to compel the deposition of Dan McElroy the Motion is **GRANTED.** The Deposition is to take place on February 22;

3. Insofar as the Motion relates to Plaintiffs' II Set of Document Requests, No. 1, the Motion is **DENIED as moot**;



FEB 14 2003
FILED
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Insofar as the Motion relates to Plaintiffs' II Set of Document Requests, No. 2, the Motion is **DENIED as moot**;

5. Insofar as the Motion relates to Plaintiffs' II Set of Document Requests, No. 3, the Motion is **GRANTED**;

6. Insofar as the Motion relates to Plaintiffs' II Set of Document Requests, No. 4, the Motion is **DENIED as moot**;

7. Insofar as the Motion relates to Plaintiffs' II Set of Document Requests, No. 5, the Motion is **GRANTED**;

8. Insofar as the Motion relates to Plaintiffs' II Set of Document Requests, No. 6, the Motion is **GRANTED**;

9. Insofar as the Motion relates to Plaintiffs' II Set of Document Requests, No. 7, the Motion is **GRANTED**;

10. Insofar as the Motion relates to Plaintiffs' II Set of Document Requests, No. 8, the Motion is **DENIED as moot**;

11. Insofar as the Motion relates to Plaintiffs' II Set of Document Requests, No. 9, the Motion is **DENIED as moot**; and

12. Insofar as the Motion seeks to compel the production of Ms. Cyndi Perper for deposition in Minneapolis, the Motion is **GRANTED**.

DATED: 2/13, 2003

FRANKLIN L. NOEL
United States Magistrate Judge