**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

CARLSON WAGONLIT TRAVEL, INC., et al.,

Plaintiffs,

v.

INVENSYS PLC,

Defendant.

Civil No. 01-2337 JRT/FLN

**TRIAL NOTICE**

---

Scott R. Strand, ROBINS KAPLAN MILLER & CIRESI, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402, for plaintiffs.

Todd A. Wind, FREDRIKSON & BYRON, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402, for defendant.

This matter is scheduled for trial on December 15, 2003 at 9:30 a.m. before the Honorable John R. Tunheim. The trial will be held in Courtroom 13E at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

Dated: 9-25-03
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

SEP 25 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK