**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

CARLSON WAGONLIT TRAVEL, et al. Civil No. 01- 2337(JRT/FLN)

Plaintiffs,

v. **ORDER**

INVENSYS PLC,

Defendant.

---

Scott R. Strand, ROBINS KAPLAN MILLER & CIRESI, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402, for plaintiffs.

Todd A. Wind, FREDRIKSON & BYRON, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402, for defendant.

Pursuant to the Jury Trial held December 15-19, 2003 and there being no post-trial motions filed in this case, the Clerk is hereby directed to enter judgment in this case.

DATED: Jan. 28, 2004
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED JAN 29 2004
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD JAN 29 2004
DEPUTY CLERK