# PLACEHOLDER

01-2337 - Carlson Wagonlit v Invensys

Document filed in error. This placeholder will replace the actual document