Fredrikson & BYRON, P.A.

June 25, 2004

**BY FACSIMILE – 612-664-5087**

The Honorable John R. Tunheim
United States District Court
U.S. Courthouse, Suite 13E
300 South Fourth Street
Minneapolis, MN 55415

Re: Carlson Wagonlit Travel, et al. v. Invensys PLC
Court File No. 01-CV-2337 JRT/FLN

Dear Judge Tunheim:

As you may recall, the above matter was tried, before a jury, last December. The jury returned a verdict in favor of plaintiffs. The judgment is **Docket Entry 69**. On March 4, 2004 plaintiffs filed their Bill of Costs. Thereafter, the parties negotiated a settlement of the costs/disbursements issue and prepared a Satisfaction of Judgment which was then filed. **See Docket Entry 72**. A copy of the Satisfaction is attached hereto. As you will see, the Satisfaction includes the judgment amount and all "post-judgment interest, costs and disbursements and attorneys' fees."

On Wednesday, June 23, 2004, we received a notice from the Clerk's office of a "CLERK'S JUDGMENT in favor of Plaintiffs against Defendant" awarding plaintiffs the full amount of their costs and disbursements claimed in the March 4, 2004 Bill of Costs. I contacted the clerk's office and spoke with Brian Saame. Mr. Saame advised me that although the Satisfaction of Judgment (**Docket Entry 72**) was noted in the court file, a copy of that document was not in the file and he was not aware that it covered costs and disbursements. Therefore, he processed the Bill of Costs and entered it as a Clerk's Judgment.

I have discussed this matter with plaintiffs' counsel, Scott Strand, and he is in agreement that the additional costs award **(Docket Entry 73)** was an error and should be withdrawn. Mr. Strand's consent is confirmed by his signature below.

We hereby jointly request that the Clerk be directed to withdraw the Clerk's Judgment **(Docket Entry 73)** awarding costs and disbursements to plaintiff.

If you need additional information or if there is anything else the parties need to do, please let us know.

Sincerely,

**s/ Todd Wind**____________
Todd Wind
*Attorney*
**Direct Dial:** 612.492.7046
**Email:** twind@fredlaw.com

TW:dlo\ 2985304
Enclosure

Plaintiff's Consent

**s/ Scott R. Strand**_________
Scott R. Strand
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402-2015
*Counsel for Plaintiffs*