**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CARLSON WAGONLIT TRAVEL, INC., a Delaware corporation, P. LAWSON TRAVEL, a partnership formed under the laws of Canada,<br><br>Plaintiffs,<br>v.<br><br>INVENSYS PLC, formed under the laws of the United Kingdom,<br><br>Defendant. | Civ No. CV-01-2337 JRT/FLN<br><br>**SATISFACTION OF JUDGMENT** |

I, Scott R. Strand, attorney for Plaintiff Carlson Wagonlit Travel, Inc. and P. Lawson Travel, hereby certify that the judgment entered and docketed in the above-named court in the above-named action on or about January 30, 2004, in favor of Carlson Wagonlit Travel, Inc. and P. Lawson Travel against Defendant Invensys PLC, for the sum of $394,340.00, has been paid in full and/or fully satisfied, including all post-judgment interest, costs and disbursements and attorney's fees.

Dated: April 21, 2004

Scott R. Strand (#147151)
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612.349.8300

ATTORNEYS FOR PLAINTIFF CARLSON WAGONLIT TRAVEL, INC. AND P. LAWSON TRAVEL

#2951007\1

Exhibit A