**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

CARLSON WAGONLIT TRAVEL, et al.

Plaintiffs,

v.

INVENSYS PLC,

Defendant.

Civil 01-2337 (JRT/FLN)

**ORDER**

---

Scott R. Strand, ROBINS KAPLAN MILLER & CIRESI, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402, for plaintiff.

Tood A. Wind, FREDRIKSON & BYRON, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the parties' request to withdraw the Clerk's Judgment of Costs due to the fact that the parties negotiated a settlement that included all post judgment interest, costs, disbursements and attorney fees. Plaintiff filed a Satisfaction of Judgment on April 23, 2004, indicating that all outstanding obligations had been satisfied. The Court finds that this case was settled prior to the entry of Costs Judgment by the Clerk of Court and will allow the Judgment of Costs to be withdrawn.

Based upon the parties' request, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the Clerk's Judgment of Costs [Docket No. 73] shall be vacated and removed from the Clerk's file.

DATED: June 30, 2004
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge